IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYON SUMMSVILLE,

    Petitioner,                   No. CIV S-08-2098 JAM GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

    Petitioner has filed an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted.

DATED: November 18, 2008

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

sum2098.ifp